UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SAVANNAH ORTIZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:06-CV-831 RM |
| vs. ) | |
| ) | |
| GARY BINGAMAN, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

On December 20, 2006, Savannah Ortiz, a *pro se* prisoner, filed a complaint under 42 U.S.C. § 1983. On March 2, 2007, the court ordered Ms. Ortiz to file a more definite statement pursuant to FED. R. CIV. P. 12(e). The court cautioned Ms. Ortiz that failure to comply with the court order would result in her case being dismissed pursuant to FED. R. CIV. P. 41(b) without further notice. As of this date, Ms. Ortiz has not responded to the court's order. Furthermore, it appears that the address Ms. Ortiz gave the court is not correct because two orders have been returned to the court as undeliverable. It is the plaintiff's obligation to provide correct contact information to the court and to prosecute her case. Because Ms. Ortiz has failed to comply with court orders and prosecute her case, her case is now **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED

ENTERED: March  27 , 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court